Case: 1:24-cv-02797 Document #: 1 Filed: 04/08/24 Page 1 of 11 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 08 2024 JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rachel Lewis
_____
_____
_____
(Name of the plaintiff or plaintiffs)

CIVIL ACTION

v.

Hobba Amer Sanitation manager
Rich products
_____
(Name of the defendant or defendants)

NO 1:24-cv-02797
Judge Steven C. Seeger
Magistrate Judge Young B. Kim
Random/Cat. 3

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Rachel Lewis** of the county of **Cook** in the state of **IL**.

3. The defendant is **Amer Hobba, Rich products** (Sanitation manager), whose street address is **1 Robert Rich Way,**
(city) **Buffalo** (county) **Eric** (state) **New York** (ZIP) **14213**

(Defendant's telephone number) **(716) - 878 - 8000**

4. The plaintiff sought employment or was employed by the defendant at (street address)
**6200 W. Mulford** (city) **Niles**
(county) **Cook** (state) **IL** (ZIP code) **60714**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) January, (day) 1, (year) 2023.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has not* / ☐ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☒ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☒ *N/A* No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐  the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐  the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

NO 10. ~~☒~~ RL If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment; ~~indirectly~~ RL

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): I was made too come in on my Days off after Holidays this was a Big issue, only the women

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Had to get other Team leader involved for him to be fair, about coming in to set up for production after the holidays & ~~holidays~~ the other leader on 3rd shift get with his team and decide not to come in at all he was ok with it, and then he puts presure on me and my shift

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [**check only those that apply**]

   (a)  ☐ Direct the defendant to hire the plaintiff.

   (b)  ☑ Direct the defendant to re-employ the plaintiff.

   (c)  ☐ Direct the defendant to promote the plaintiff.

   (d)  ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e)  ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f)  ☐ Direct the defendant to (specify): To be compensated for the time that I have been fired what I would have made within 8 hours bi-weekly plus two days of overtime a week

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.


_Rachel Lewis_
(Plaintiff's signature)

_Rachel Lewis_
(Plaintiff's name)

_188 W. Randolph St._
(Plaintiff's street address)

(City) _Chicago_   (State) _Illinois_   (ZIP) _60601_

(Plaintiff's telephone number) (312) – _437-6508_

Date: _4/8/2024_


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(1)

I bring this case before federal court against (Amer Hobba) Sanitation manager employed by Rich products and against Rich products March 6, 2024 I was accused of falsifying documents of taking titration by Amer Hobber (Sanitation Manager) March 6 of 2024 I was shown a 10 minute video clip accusing me of not taking titration for March 3rd 2024 Today I'm requesting the video for the 13 hours the front area of the CIP room and also the Production area where I was working also accused of falsifying the conductivity by Amer Hobba (Sanitation manager) the day of questioning was Sunday. March 3rd 2024 I notice I was not getting much chemical in the CIP wash tank so I primed the line then I heard the pump pumping chemical from the line I was able to continue with the CIP process procedures I Rachel Lewis has worked for Rich products for 21 years 15 years I was in Sanitation I was appointed a leader in 2020 by former manager Tom Foss of Rich Products and Amer Hobber was employed by Rich products in 2020 as a Sanitation leader I Rachel Lewis and Amer Hobber neither one of us was not doing Approvals nor which is the Conductivity

(2)

the former Sanitation manager) Tom Foss was completing the Approvals, in the middle of Feburary 2024 Amer Hobba Sanitation manager) told me to start doing approvals I told him I never had done Appovals before he said that he will show me how to do the approvals he never gave me any pacific training and I didn't sign off on any training for Approvals for Conductivity. I had 10-15 minutes (briefly) of him showing me I did what he told me to, Amer Hobba (Sanitation manager) don't Possess any of the qualifications the Rich Products requirements of a (Sanitation manager) knowledge skills experience BA/BS Degree in business when Amer Hobba was hired in the company (Rich Products) he didn't even have experience in Sanitation but he was hired as a Sanitation lead one of the requirements as a (Sanitation manager) is to mentor, motivate, associates and providing training and development to optimize their performance and personal growth and communicate peeformance standards to associate recognizing and rewarding individual accomplishment in Counseling, performance problems ensuring all associates have the resources and the capability to effectively accomplish their responsibilities I Rachel Lewis was never given that by

(1)

"To whom it may Concern" I Rachel Lewis start working for Sanitation in the year of 2005 I was taught by different Sanitors, how to do the Job CIP's (Clean in place) COP's (Clean out of Place) also manully Cleaning and unsembled and assemble machinery etc. When I became leader in June 18 2021 I was honored to become a group leader, I Knew it was a challenge but willing to accept it the weekend shift, alone is very tough to work alone with the hours, the days, it's very hard to get the Support you really need Sometimes it can be overwhelming working 13 hour shift.

Chemical
- Caustic Concentration Checks (CIP's)

On march 6, 2024 Amer Hobba (Sanitation manager) Sent me a text Saying we have a urgent meeting with Brain Mudra (plant manager). Mudra Brain (plant manager) ask me Some questions about what did I CIP the day of march 3, 2024 and ask me to write them on a Blank sheet of Paper, to the best of my ability I wrote down two or more CIP's on the Paper trying to remember what I CIP then he ask me did I do any titration I told him I did but not all of them So he ask Amer Hobba (Sanitation manager) to Show me a ten minute footage by the CIP room and said to me he does not See me Know where there I told him I did do titration but not Countine → (2)

(2)

(sanitation manager)
all of them so (Amer Hobba) shows me the same footage saying I was not there at all at this point Amer Hobba (sanitation manager) says to me he can not trust me and I will cause people to get sick this was very degrading of my character please I'm asking for the 13 hour of footage for march 3rd 2024 the time from 4:30 pm til 6:06 Am Sunday. I will never do any thing intentionally to sabotage the product I have been working for Rich Product's for 21 years and never have been accuse of anything like this before. I'm being retaliated against and framed.

## Conductivity Trend
### (Approvals)

On march 3rd 2024 I Rachel Lewis did the the conductivity Approvals to the best of my knowledge in the middle of feburary 2024 Amer Hobba (sanitation manager) came to me Rachel Lewis and told me I have to start doing Approvals I told him I'm not trained to do approval he said he'll show me he said it was simple just click on the cip and Approve them Amer Hobba sanitation manager, didn't show me any thing about conductivity the times that I was doing approval he never said anything about it till the day of march 6, 2024 during the meeting that I had with him Amer Hobba (sanitation manager) → (3)

(3)

Amer Hobba, I Rachel Lewis believe that Amer Hobba set me up for failure he didn't properly train me for the conductivity approvals I was never certified for that procedure. Amer Hobba (sanitation manager) of Rich products he had production to throw away a day and half wroth of work of product that He claim was contaminated starting from Sunday march 3rd 2024 til monday 4, 2024 when I Rachel Lewis looked on the QA holds for that day/days on the computer system there was nothing put on hold for Sanitation or those days I'm almost positive/sure that QA pulls Samples ever other hour to test the product for Patehogens, bacteria, listeria, etc. for some reason Amer Hobba was able to Convince them to dispose of the product before testing it again and that was another reason he had me fired this lawsuit is against Amer Hobba (Sanitation manager) of Rich Products and Rich Products I Rachel Lewis asking to be put back into sanitation lead position and to be Compensated for the time that I have been terminated for what I would've made in 80 hours bi-weely plus two days of over time a week.